## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

STEWART A. WEBB,            )
                         )
          Plaintiff,     )
                         )
vs.                     )     **Case No. 04-1114-CV-W-GAF**
                         )
KANSAS CITY, MISSOURI POLICE  )
DEPARTMENT, et al.,      )
                         )
         Defendants.    )

## ORDER OF DISMISSAL

On April 8, 2005, this Court entered its Order to Show Cause directing plaintiff to show cause on or before April 23, 2005, why the above referenced case should not be dismissed for failure to obtain service upon defendants. To date, no response has been filed. Accordingly, it is

ORDERED that the above referenced case is hereby dismissed.

                         /s/ Gary A. Fenner
                         GARY A. FENNER, JUDGE
                         United States District Court

DATED:   April 27, 2005